# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-24-CAR-CHW-3 |
| **NATHANIEL LEE HILLIARD, III,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant Nathaniel Lee Hillard's Unopposed Motion to Continue [Doc. 163]. On July 14, 2020, the Grand Jury returned a multi-count, multi-defendant indictment charging Defendant with three counts of distribution of heroin and one count of possession of a firearm by a convicted felon. On September 18, 2020, Defendant was arrested in North Carolina.

On October 7, 2020, Defendant appeared before United States Magistrate Judge Weigle. Judge Weigle attempted to conduct the arraignment, but Defendant would not follow instructions, order could not be restored, and Defendant was taken into custody for contempt of Court. On October 9, 2020, Defendant again appeared before Judge Weigle, stated he wished to represent himself, and Judge Weigle appointed standby counsel. Defendant again failed to cooperate with the Court, was found in contempt, and taken into custody. Judge Weigle entered a not guilty plea on behalf of Defendant. On October 21, 2020, Defendant appeared before Judge Weigle, agreed to accept appointed

1

counsel, and was released on a conditional bond pending trial. The Court issued a bench warrant for Defendant on April 14, 2022 for failure to appear. Defendant was arrested and taken into federal custody in North Carolina on July 6, 2022.

In the Motion, Defense Counsel represents Defendant will not be transported to the Middle District until after the pretrial conference and additional time will be needed to review discovery with Defendant and to prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant the Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Defendant's Unopposed Motion to Continue [Doc. 163] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 18th day of July, 2022.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT
