IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-24-CAR-CHW-3 |
| NATHANIEL LEE HILLIARD, III, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON UNOPPOSED MOTION TO AMEND THE SUPERSEDING INDICTMENT**

Currently before the Court is the Government's Unopposed Motion to Amend [Doc. 184] the Superseding Indictment to add the name "Nathaniel Lee Hilliard- El Bey," which is the name that Defendant has requested to be referred to in court and the name that he has used in filing documents into the record. The Eleventh Circuit has held:

> An indictment must definitely inform the accused of the charges against him "so that he may be able to present his defense and [will not] be taken by surprise by evidence offered at the trial . . . ." It must also "be sufficiently definite that [the accused] shall not be again subjected to another prosecution for the same offense." An indictment ordinarily may be amended "provided that the amendment does not violate the above requirements, and provided that any evidence defendant had before the amendment would be equally available to him after the amendment." Accordingly, amendments that are merely a matter of form are freely permitted. Matters of form include amendments to "correct a misnomer."[1]

---

[1] *United States v. Johnson*, 741 F.2d 1338, 1340-41 (11th Cir. 1984) (quoting *Williams v. United States*, 179 F.2d 656, 659 (5th Cir. 1950), aff'd, 341 U.S. 97 (1951)). *See also Williams*, 179 F.2d at 659 (HN2 "If a defendant is in no sense misled, put to added burdens, or otherwise prejudiced, by an amendment, such an amendment ought to be considered and treated as an amendment of form and not of substance, and, therefore, allowable, even though unauthorized by the grand jury.").

1

Because the sole change in the Government's proposed amendment is the addition of the alias Defendant wishes to be referred to by, the Defendant suffers no prejudice, and the amendment is purely a matter of form. Thus, the Government's Unopposed Motion [Doc. 184] is **GRANTED**. The Government is **DIRECTED** to file the Amended Superseding Indictment [Doc. 184-1] as a separate entry on the docket.

**SO ORDERED,** this 23rd day of January, 2023.

s/ C. Ashley Royal\
C. ASHLEY ROYAL, SENIOR JUDGE\
UNITED STATES DISTRICT COURT